# UNITED STATES DISTRICT COURT

### for the

Western  District of  Virginia

CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED

## JUN 2 5 2008

JOHN F. CORCORAN, CLERK
BY: _____, DEPUTY CLERK

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No: 7:04CR00124-001 |
| Warren Andrew Blake, Jr. | ) | USM No: 10872-084 |
| | ) | Fay F. Spence |
| Date of Previous Judgment: July 17, 2007 | ) | Defendant's Attorney |
| (Use Date of Last Amended Judgment if Applicable) | ) | |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
    ☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ 66 _____ months **is reduced to** _____ 65 months _____.

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | |
|---|---|---|
| Previous Offense Level: 29 | Amended Offense Level: 27 | |
| Criminal History Category: IV | Criminal History Category: IV | |
| Previous Guideline Range: 121 to 151 months | Amended Guideline Range: 120* to 121 months | |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.

☒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☒ Other (explain):
*In calculating the reduction granted for the defendant's substantial assistance, the court used as a starting point the low end of his guideline range, 121 months. The low end of the defendant's amended guideline range is "trumped" by the statutory mandatory minimum of 120 months under 21 U.S.C. § 841(b)(1)(A); accordingly, 120 months and not the low end of the amended guideline range becomes the starting point from which any substantial assistance reduction must be calculated. Thus, only a one-month reduction is appropriate.

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated  July 17, 2007  shall remain in effect.

**IT IS SO ORDERED.**

Order Date: June 25, 2008 _____

_James C Turk_
Judge's signature

Effective Date: _____
(if different from order date)

James C. Turk, Senior United States District Judge
Printed name and title